The Board of Commissioners of Wells County *et al. v.* Eaton.

No. 13,354.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* MOUNSEY.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd*, for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante*, p. 224.

Filed June 15, 1888.

No. 13,355.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* VAN CAMP.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd*, for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante*, p. 224.

Filed June 15, 1888.

No. 13,356.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* POPEJOY.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd*, for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante*, p. 224.

Filed June 15, 1888.

No. 13,357.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* EATON.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd*, for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante*, p. 224.

Filed June 15, 1888.